No. 13.—JOHN MOTT, plaintiff in error, *vs.* SLAUGHTER HILL, adm'r, &c. defendant.

[1.] Error will not lie to the decisions of the Court below, where the party, subsequent to the decision, *voluntarily* dismisses his case.

A motion was made to dismiss this writ of error, on the ground that from the bill of exceptions it appeared that, after the making of the several decisions by the Court in the trial below, which were excepted to, the plaintiff below and plaintiff in error voluntarily dismissed his case.

GILES, for the motion, cited—

*Van Wormer vs. Mayor, &c. Albany,* 18 *Wend.* 169.

KILLEN, contra.

*By the Court.*—WARNER, J.

[1.] There is no judgment of the Court below to be affirmed or reversed. The plaintiff in the Court below, as he had the right to do, *voluntarily* dismissed his case. The case of *Van Wormer vs. The Mayor, &c. of Albany,* (18 *Wendell,* 169,) cited in support of the motion to dismiss the writ of error, is in point. Let the writ of error be dismissed.